**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WOODIE JOHNSON | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-1400 (RMU) |
| | : | |
| v. | : | Document No.:   2, 3 |
| | : | |
| HARVEY KAPLAN and | : | |
| SHARON KAPLAN | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

**GRANTING THE DEFENDANT'S MOTION TO DISMISS**

On August 9, 2007, the defendants filed a motion to dismiss the complaint. Because the plaintiff failed to respond to the complaint, on August 24, 2007, the court ordered the plaintiff to respond by September 7, 2007. The court also gave notice to the plaintiff that failing to respond may result in the court granting the motion and dismissing the case. *McCoy v. Read*, 2003 WL 21018864, at *1 (D.C. Cir. Apr. 29, 2003) (per curiam). The plaintiff failed to respond to the defendants' motion to dismiss. The court deems this failure a concession of the motion. LCvR 7(b); *Fox v. American Airlines, Inc.*, 389 F.3d 1291, 1295 (D.C. Cir. 2004) ("as we have often observed, '[w]here the district court relies on the absence of a response as a basis for treating the motion as conceded, we honor its enforcement of the rule'"). Thus, the court grants the defendants' motion to dismiss.

Accordingly, it is this 24th day of October, 2007,

**ORDERED** that the defendant's motion to dismiss is hereby **GRANTED.**

**SO ORDERED.**

RICARDO M. URBINA  
United States District Judge